**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| TO: James J. Waldron, Clerk | CASE NO. | 13-17723 GMB |
| Trenton | IN RE: | ALPER, JEFFREY T. |
| | CHAPTER 7 | |

## INFORMATION FOR NOTICE OF ABANDONMENT

Thomas J. Subranni, Trustee, has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the Trustee no later than (main date fixed by the Clerk).

In the event an objection is timely filed a hearing thereon will be held on (date and location to be fixed by the Court).

If no objection is filed with the Clerk and served upon the Trustee on or before (above date), the abandonment will take effect on (date fixed by Clerk).

The description of the property and the liens and exemptions claimed are as follows:

| Description of Property to be Abandoned | Liens on Property of Debtor (Including Amount Claimed Due) | Amount of Equity Claimed as Exempt by Debtor |
|---|---|---|
| -Interest in Coastal Development Group, Inc., CDG of PV, LLC, CDG Commercial Construction, LLC, JJV Investment Group, LLC, Franklin Square Community Association, Inc. Shares have insignificant value, if any, and are burdensome to the Estate.. **FMV: $0.00** | None | **-0-** |
| -Interest in Alper Investment Group, LLC. LLC is not operating, has insignificant value, if any, and is burdensome to the Estate.. **FMV: $0.00** | None | **-0-** |
| One-half interest in Marriott timeshare **FMV OF ½ INTEREST: $11,225.00** A final offer of $25,000 for the full interest in the timeshare was rejected by the Trustee. The proceeds would not render a meaningful distribution to creditors after paying off the co-owner's one-half interest, Debtor's exemptions and administration costs. The offeror advised the Trustee that the offer would not be significantly increased. The timeshare is burdensome to the Estate. | None | $11,225.00 |

{00237908;v1}

Requests for additional information about the property to be abandoned should be directed to:

NAME: Thomas J. Subranni, Trustee  ADDRESS: Subranni Zauber LLC
PHONE: 609-347-7000                              1624 Pacific Ave.
                                                 Atlantic City, NJ 08401

SUBMITTED BY:  /s/ Thomas J. Subranni   POSITION:  Trustee   PHONE:  (609) 347-7000
                    Thomas J. Subranni, Trustee

FOR CLERK'S OFFICE USE ONLY

TYPE OF TASK ___          FORM # ___          STATEMENT _____

{00237908;v1}