Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 13−17723−GMB
                Chapter: 7
                Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey T. Alper
   1150 Woodlynne Blvd.
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−6761

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 25, 2014</u>        <u>Gloria M. Burns</u>
                                        Judge, United States Bankruptcy Court